```
                          U.S. DISTRICT COURT
                          DISTRICT OF NEVADA
                                FILED
                             FEB 15 2007
                          CLERK, U.S. DISTRICT COURT
                          BY _____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DAVID W. MONROE and
JARAD L. HOWES,
        3:05-cv-00329-HDM-RAM

    Plaintiffs,

  vs.        **Verdict**

E.K. McDANIEL, in his
individual capacity,

    Defendant.

---

    We the jury find in favor of the Defendant E.K. McDaniel and against the Plaintiff David W. Monroe.

    Dated this ____ day of February, 2007.


                                                    _____
                                                    Jury Foreman

```
                                    U.S. DISTRICT COURT
                                    DISTRICT OF NEVADA
                                          FILED

                                        FEB 15 2007

                                    CLERK, U.S. DISTRICT COURT
                                    BY _____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

DISTRICT   NEVADA

DAVID W. MONROE and
JARAD L. HOWES,
                                                   3:05-cv-00329-HDM-RAM
    Plaintiffs,

  vs.                                  **Verdict**

E.K. McDANIEL, in his
individual capacity,

    Defendant.
_____/

    We the jury find in favor   the Defendant E.K. McDaniel and against the Plaintiff Jarad L. Howes.

    Dated this 15TH day of February, 2007.


                                                  _____
                                                  Jury Foreman