AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

******** DISTRICT OF NEVADA

**DAVID W. MONROE** *and*  
**JARED L. HOWES**  
v  
**E.K. McDANIEL, et al.**

**JUDGMENT IN A CIVIL CASE**

Case Number:   3:05-cv-329-HDM(RAM)

x **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

       **IT IS ORDERED AND ADJUDGED** that the jury find in favor of the Defendant, E.K. McDANIEL and against Plaintiff David W. Monroe.

| | |
|---|---|
| February 15, 2007 | LANCE S. WILSON, CLERK |
| Date | Clerk |
| | / S / |
| | (By) Brenda L. Gorbet, Deputy Clerk |